# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Robert John Polfliet and Masato Kimiki, *Plaintiffs* v. Leon Rodriguez, Director, U.S. Citizenship & Immigration Services and Loretta Lynch, Attorney General of the United States, *Defendants* | Civil Action No.   5:16-03358-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiffs shall take nothing of the Defendants and the Complaint is dismissed with prejudice pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having granted the defendants' motion to dismiss.

Date:  September 28, 2017

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*